IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT LEE LEACH, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:10-cv-1123 |
| ) | |
| ROLAND COLSON, Warden, Riverbend ) | Judge Sharp |
| Maximum Security Institution, ) | |
| ) | |
| Respondent. ) | |

## ORDER

This matter is set for a case-management and scheduling conference to be held on June 1, 2012, at 2:30 p.m.

Matters to be discussed at the conference include the petitioner's attorneys submission of a proposed budget; whether the petitioner intends to seek leave to file an amended petition; whether the petitioner's Claim 16 has been fully exhausted in the state courts and whether that issue will require separate briefing; whether the petitioner believes discovery is necessary; whether the petitioner intends to seek an evidentiary hearing; and whether two stages of dispositive motions might be appropriate in this case (*i.e.*, the first to address matters the State contends are procedurally defaulted, and the second to address non-defaulted claims).

Counsel for the parties shall confer and file a joint proposed case-management and scheduling order no later than three (3) business days prior to the scheduled conference.

It is so **ORDERED**.

_____
Kevin H. Sharp
United States District Judge